## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RONALD HARDIN**                                                                              **PLAINTIFF**

**v.**                                        **Case No. 4:22-cv-01104-LPR**

**EDWARDS, Captain,**
**White County Detention Center, et al.**                                           **DEFENDANTS**

## <u>ORDER</u>

On November 14, 2022, Ronald Hardin ("Plaintiff"), an inmate in the White County Detention Center ("WCDC"), filed a pro se Complaint pursuant to 42 U.S.C. § 1983.[1]  On January 3, 2023, mail sent to Plaintiff at his address of record, the WCDC, was returned undelivered.[2]  On January 4, 2023, the Court entered an Order directing Plaintiff to file a notice of his current mailing address, within thirty (30) days, if he wished to proceed with this lawsuit.[3]  The Court warned Plaintiff that failure to comply with the Order would result in the dismissal of his Complaint.[4]  Plaintiff has not complied with or otherwise responded to the December 28, 2022 Order, and the time for doing so has passed.[5]

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.[6]  The Court certifies

---

[1] Compl. (Doc. 1).

[2] Returned Mail (Doc. 3).

[3] Order (Doc. 4).

[4] *Id.*

[5] Under Local Rule 5.5(c)(2), it is Plaintiff's responsibility to promptly notify the Court of an address change. He has not done so.

[6] *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have the power to dismiss *sua sponte* under Rule 41(b)).

pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 28th day of February 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE